UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:24-mj-00222-JCN |
| ERIC AMOS JIPSON III | |

## COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Operating Under the Influence of Alcohol or Drugs-Impairment)

On June 27, 2024, in the District of Maine at a place within the special maritime and territorial jurisdiction of the United States, namely Acadia National Park, the defendant

### ERIC AMOS JIPSON III

knowingly and intentionally operated and was in actual physical control of a motor vehicle while under the influence of alcohol, or a drug, or drugs, or any combination thereof, to a degree that rendered him incapable of the safe operation of the motor vehicle.

In violation of Title 36, Code of Federal Regulations, Sections 4.23(a)(1) and 1.3.

## COUNT TWO

### (Operating Under the Influence of Alcohol -0.08 or above)

On June 27, 2024, in the District of Maine at a place within the special maritime and territorial jurisdiction of the United States, namely Acadia National Park, the defendant

### ERIC AMOS JIPSON III

knowingly and intentionally operated and was in actual physical control of a motor vehicle while having a blood alcohol concentration of 0.08 grams or more of alcohol per 100 milliliters of blood.

In violation of Title 36, Code of Federal Regulations, Sections 4.23(a)(2) and 1.3.

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

_____  6-28-24
Steven Greenleaf, Park Ranger
National Park Service

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jun 28 2024

City and state: Bangor, ME

Judge's signature

John C. Nivison U.S. Magistrate Judge
Printed name and title