# Complaint Synopsis

| | |
|---|---|
| **Name:** | Jipson, Eric III |
| **Address:** (City & State Only) | Lincoln, ME |
| **Year of Birth and Age:** | 1999/24 |
| **Violations:** | **Counts 1 and 2:** OUI 36 C.F.R. §4.23(a)(1) and (2)(Class B Misdemeanors). |
| **Penalties:** | **Counts 1 and 2:** Imprisonment of not more than 6 months, $250,00, or both. 36 C.F.R. §1.3(a); 18 U.S.C.§3571(a)(4) |
| **Supervised Release:** | Not more than one year. 18 U.S.C. §3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than one year. 18 U.S.C. §3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Not more than one year, less any term of imprisonment. 18 U.S.C. §3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Park Rangers – National Park Service/Steven Greenleaf |
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Hancock |
| **AUSA:** | Andrew McCormack |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution? Y/N** | N/A |

| Assessments: | Counts 1 and 2: $10.00 |